**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| EARL W. ROOST | ) Case No.: 05-06757-TUC-EWH |
| | ) |
| LILIA A. ROOST | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtors | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| <u>Check No.</u> | <u>Date Issued</u> | <u>Debtor/Creditor Name and Address</u> | <u>Amount</u> |
|---|---|---|---|
| 136405 | 02/24/2009 | ADVANCE AMERICA<br>6383 E. 22ND ST<br>TUCSON, AZ 85730 | $42.47 |
| | | **Total** | **<u>$42.47</u>** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of <u>$42.47</u> to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

<u>**/s/ Dianne C. Kerns, #011557**</u>
Dianne C. Kerns, Esq.
Chapter 13 Trustee